IN THE COURT OF COMMON PLEAS
GREENE COUNTY, OHIO

FILED
2025 OCT 13 AM 11: 03

| | | |
|---|---|---|
| **JAMES EDMOND MONIZ,**<br>91 Newfield Street, Unit 38<br>Plymouth, MA 02360<br><br>*Plaintiff,*<br><br>v.<br><br>**FINANCIAL INDUSTRY**<br>**REGULATORY AUTHORITY, INC.**<br>c/o Corporation Service Company<br>1160 Dublin Road, Suite 400<br>Columbus, OH 43215<br><br>and<br><br>**SUPREME ALLIANCE, LLC**<br>2187 Ivy Crest Drive<br>Bellbrook, OH 45305<br><br>*Defendants.* | : : : : : : : : : : : : : : : : : : : : : | Case No. 2025CV0940<br>Judge:<br><br>**JUDGE BUCKWALTER**<br><br>**COMPLAINT/APPLICATION FOR**<br>**CONFIRMATION OF ARBITRATION**<br>**AWARD UNDER ORC § 2711.09** |

Plaintiff, James Edmond Moniz, through undersigned counsel, states the following:

Plaintiff respectfully requests a judgment confirming an arbitration award.

## PARTIES

1.  Plaintiff, James Edmond Moniz, (CRD No. 852438), is a resident of Plymouth, Massachusetts. Plaintiff has been a financial services professional since March 1977 and is currently a registered representative with Supreme Alliance, LLC (CRD No. 45348) ("Supreme Alliance") in Plymouth, Massachusetts. The Plaintiff is an associated person[1] with FINRA.

---

[1] A FINRA Associated Person is defined as (1) a natural person registered under FINRA rules. See https://www.finra.org/rules-guidance/rulebooks/finra-rules/1011 for the full definition.

2. Defendant, Financial Industry Regulatory Authority, Inc., ("FINRA") is a corporation organized and existing under the laws for the state of Delaware and is and was at all times mentioned herein qualified to do business in Ohio. FINRA is a self-regulatory organization, as defined in the 1934 Securities and Exchange Act, whose duties include maintaining a Central Registration Depository ("CRD"). The CRD keeps a public record of, among other things, securities brokers' license status and all customer complaints and regulatory actions brought against each broker.

3. Defendant, Supreme Alliance, LLC (CRD No. 45348) is a securities broker-dealer, investment adviser firm, and FINRA member firm with its principal place of business in Bellbrook, Ohio. Since September of 2019, Plaintiff has been a registered representative with Supreme Alliance in Plymouth, Massachusetts.

## JURISDICTION/VENUE

4. This Court has jurisdiction over this matter pursuant to ~~Ohio Revised Code § 2711.09,~~ which provides for the recognition and enforcement of arbitration awards.

5. Venue is proper in Greene County, Ohio, as the arbitration award was made in this jurisdiction, and the Defendant resides or conducts business within this jurisdiction.

## FACTS

6. On April 16, 2024, Mr. Moniz and Supreme Alliance jointly executed a Stipulation for Arbitration with Judicial Arbitration and Mediation Services, Inc. ("JAMS"). (*See*, **Exhibit 1**).

7. On the same day, Plaintiff filed his Statement of Claim with JAMS, seeking expungement of eight customer dispute disclosures reported to his CRD and BrokerCheck

records ("Registration Records") as Occurrence Nos. 1336379, 1494611, 1678971, 1716818, 1730615, 1739662, 1744093, and 1744094 (collectively, the "Occurrences"). (*See*, **Exhibit 2**).

8. This case went to an arbitration hearing on September 30, 2024.

9. On October 11, 2024, the Arbitrator executed a lengthy and detailed Award finding in Plaintiff's favor, stating that he had met the burden of proof for expungement for all eight Occurrences pursuant to FINRA Rule 2080. (*see*, **Exhibit 3**).

10. Specifically, the Arbitrator determined for each of the eight Occurrences that their claims were "false, as the term false is used in FINRA Rule 2080." **Exhibit 3**, at 18-20.

### FIRST CLAIM FOR RELIEF

11. Plaintiff respectfully requests confirmation of the expungement arbitration award issued in JAMS Ref. No. 5345000346 pursuant to the Federal Arbitration Act ("FAA") and ORC 2711.09 and directs the arbitration award to be executed to allow the expungement of the customer dispute disclosures, Occurrence Nos. 1336379, 1494611, 1678971, 1716818, 1730615, 1739662, 1744093, and 1744094, from FINRA's CRD system. 9 U.S.C. § 9.

WHEREFORE, Plaintiff, JAMES EDMOND MONIZ, requests confirmation of an arbitration award and for such other relief as the Court deems proper.

Date: October 10, 2025

Respectfully Submitted,

*/s/ Tabitha M. Hochscheid*
Tabitha M. Hochscheid
Attorney for Plaintiff
Hochscheid Law, LLC
810 Sycamore Street; Suite 521
Cincinnati OH 45202
513-338-1818 phone
513-263-9046 fax