UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMES EDMOND MONIZ,

     Plaintiff,

vs.

FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC., *et al*.,

     Defendants.

Case No. 3:25-cv-398

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 14); (2) DISMISSING WITHOUT PREJUDICE PLAINTIFF'S CLAIMS AGAINST DEFENDANT SUPREME ALLIANCE, LLC; AND (3) CONFIRMING THIS CASE REMAINS PENDING ON THE DOCKET**

---

The Court has reviewed the Report and Recommendation ("R&R") of Magistrate Judge Caroline Gentry (Doc. No. 14), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Plaintiff has not filed objections to the R&R, and the time for doing so under Fed. R. Civ. P. 72(b) has expired. Judge Gentry recommends dismissing without prejudice Plaintiff's claims against Defendant Supreme Alliance, LLC, pursuant to Fed. R. Civ. P. 4(m), for lack of timely service. *Id*. at PageID 556-57.

Upon careful review of the foregoing, the Court determines that the R&R correctly sets forth the applicable law, is well reasoned, and should be adopted. Accordingly, the Court: (1) **ADOPTS** the R&R of the Magistrate Judge in its entirety; and (2) **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims against Defendant Supreme Alliance, LLC for lack of timely service of summons and his complaint. This case remains **PENDING** on the docket.

     **IT IS SO ORDERED.**

2

<u>June 3, 2026</u>                    <u>s/*Michael J. Newman*</u>
                                      Hon. Michael J. Newman
                                      United States District Judge